UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. STACEY and ALBERT W. ALLEN,

    Plaintiffs,

v.                              Case No. 05-CV-72777-DT

ZF LEMFORDER CORP.,

    Defendant.
                                     /

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' "MOTION TO COMPEL DISCOVERY, FOR SANCTIONS, AND TO AMEND THE COURT'S SCHEDULING ORDER" AND DENYING AS MOOT PLAINTIFFS' "MOTION TO HAVE DEFENDANT'S RESPONSES TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION DEEMED ADMITTED"**

Pending before the court is Plaintiffs' "Motion to Compel Discovery, for Sanctions, and to Amend the Court's Scheduling Order" and Plaintiffs' "Motion to Have Defendant's Responses to Plaintiffs' Second Requests for Admission Deemed Admitted." The court conducted a hearing in this matter on February 28, 2006. For the reasons stated fully on the record, the court will grant in part and deny in part Plaintiffs' "Motion to Compel Discovery . . ." and will deny as moot Plaintiffs' "Motion to Have Defendant's Responses to Plaintiffs' Second Requests . . . ." Accordingly,

IT IS ORDERED that Plaintiffs' "Motion to Compel Discovery . . . " [Dkt. # 25] is GRANTED IN PART. It is granted with respect to Plaintiffs' request to extend discovery. The court will extend discovery until **September 11, 2006** and issue a separate scheduling order adjusting the remaining dates in the case. The court also directs Defendant to supplement its responses to Plaintiffs' discovery requests as described

during the hearing with all deliberate speed. Plaintiffs' motion is denied in all other respects.

IT IS ALSO ORDERED that Plaintiffs' "Motion to Have Defendant's Responses to Plaintiffs' Second Requests for Admission Deemed Admitted" [Dkt. #28] is DENIED AS MOOT for the reasons stated on the record.

IT IS FURTHER ORDERED that Magistrate Judge Capel will act as a discovery master in monitoring future discovery matters that arise in this case.


      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE


Dated:  March 10, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2006, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522