**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMES A. STACEY and ALBERT W. ALLEN,

    Plaintiffs,

v.                                                Case No. 05-CV-72777-DT

ZF LEMFORDER,

    Defendant.
                                          /

**ORDER AMENDING JANUARY 23, 2007 ORDER AND
RE-SCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

On February 1, 2007, the court conducted a telephone conference, on the record, in the above-referenced case. For the reasons stated fully on the record,

IT IS ORDERED that the court's January 23, 2007 Order [Dkt. # 82] is AMENDED as follows: Plaintiff shall take the depositions of Heidrun Fuerst and Nicole Roth in Germany on or before **March 3, 2007**. Defendant will be required to pay 100% of all travel costs incurred by each of Plaintiffs' lead attorneys and 50% of all travel costs incurred by each of Plaintiffs' secondary attorneys, including the additional reasonable attorney fees necessitated by the travel.

IT IS FURTHER ORDERED that the court will conduct a final pretrial conference in this case on **April 2, 2007 at 2:30 p.m.** Party representatives with full settlement

authority are required to attend.  All trial documents (as described in the court's March 10, 2006 "Amended Scheduling Order" §§ 8-10 & 14) are due by **March 26, 2007**.  A jury trial will commence on **April 10, 2007 at 9:00 a.m.**

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 6, 2007, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-72777.STACEY.AmendOrder.Pretrial.wpd