UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. STACEY and ALBERT W. ALLEN,

    Plaintiffs,

v.                                      Case No. 05-CV-72777-DT

ZF LEMFORDER CORPORATION,

    Defendant.
                                        /

**ORDER GRANTING IN PART DEFENDANT'S "EMERGENCY MOTION . . ." AND RE-SCHEDULING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

On February 27, 2007, the court conducted a telephonic motion hearing on Defendant ZF Lemforder Corporation's "Emergency Motion for Protection and for Extension."  For the reasons stated fully on the record,

IT IS ORDERED that Defendant ZF Lemforder Corporation's "Emergency Motion for Protection and for Extension" [Dkt. # 85] is GRANTED IN PART.  Specifically, the court will grant, approximately, a sixty-day extension of the pretrial and trial dates, but will grant a more limited extension for Plaintiff to conduct the depositions required by the court's January 23, 2007 order.  The depositions of Heidrun Fuerst and Nicole Roth shall occur, subject to the parties' agreement, either (1) on **March 6 or 7, 2007**, in Michigan; (2) not later than the **second week of April, 2007,** in Germany; or (3) as originally scheduled, by **March 3, 2007**, in Germany.  All other provisions of the court's January 23, 2007 and February 6, 2007 orders remain in effect.

IT IS FURTHER ORDERED that the final pretrial conference in this case is RE-SCHEDULED for **June 4, 2007 at 2:30 p.m.**  Party representatives with full settlement

authority are required to attend.  All trial documents (as described in the court's March 10, 2006 "Amended Scheduling Order" §§ 8-10 & 14) are due by **May 28, 2007**.  A jury trial will commence on **June 11, 2007 at 9:00 a.m.**[1]

                          S/Robert H. Cleland
                          ROBERT H. CLELAND
                          UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 6, 2007, by electronic and/or ordinary mail.

                          S/Lisa Wagner
                          Case Manager and Deputy Clerk
                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-72777.STACEY.AmendOrder.EmergencyMotion.wpd

---

[1] As expressed on the record, the court will not grant another extension of the trial date.  The parties are directed to take appropriate steps to ensure that trial will proceed in June.